UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THEODORE KING and GARY LA BARBERA.,
Trustees of Local 282 International Brotherhood
of Teamsters Welfare, Pension, Annuity, Job
Training and Vacation Sick Leave Trust Funds,

                    **Plaintiffs,**

  - against -

**NORTHERN BAY CONTRACTORS, INC.,**

                    **Defendant.**
-----------------------------------------------------------------x

**ORDER**

**05 CV 2080 (NG)**

**GERSHON, United States District Judge:**

Plaintiff's Motion for Default Judgment in the above referenced case is granted. The case is hereby referred to Magistrate Judge Mann for a report and recommendation to determine the scope of relief, including damages, if any, owed to plaintiff.

                                        **SO ORDERED.**

                                        *Nina Gershon*
                                        **NINA GERSHON**
                                        **United States District Judge**

Dated: Brooklyn, New York
       September 6, 2005