UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THEODORE KING and GARY
LA BARBERA, Trustees of Local 282
International Brotherhood of Teamsters
Welfare, Pension, Annuity, Job Training and     **ORDER**
Vacation Sick Leave Trust Funds,     05-CV-2080 (NG) (RLM)

          **Plaintiffs,**

   -against-

NORTHERN BAY CONTRACTORS, INC.,

          **Defendant.**
-------------------------------------------------------------x

**GERSHON, United States District Judge:**

    The unopposed Report and Recommendation of Magistrate Judge Roanne L. Mann, dated May 24, 2006 is hereby adopted in its entirety. The Clerk of Court is directed to enter judgment for plaintiffs against defendant Northern Bay Contractors, Inc. in the amount of $3,114.05, comprised of $2,762.73 for attorney's fees, and $351.32 for costs.

    The Clerk of Court is also directed to close this case.

                                                **SO ORDERED.**

                                                  /s/ *Nina Gershon*
                                               **NINA GERSHON**
                                               **United States District Judge**

Dated: October 23, 2006
       Brooklyn, New York